IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JODIE COWAN, on behalf of herself and all others similarly situated | : | Case No.: 3:14-cv-00696-WWE |
| Plaintiff, | : | |
| v. | : | |
| GE CAPITAL RETAIL BANK, | : | |
| Defendant. | : | AUGUST 5, 2014 |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), Defendant, Synchrony Bank, formerly known as GE Capital Retail Bank ("Synchrony" or "Defendant"), by its undersigned counsel, respectfully moves this Court to permit Defendant's out-of-state counsel, Henry Pietrkowski, Esq., to appear and represent Defendant in every aspect of this action *pro hac vice*. Defendant, by its undersigned counsel, hereby represents as follows:

1. Attorney Pietrkowski is a partner with the law firm of Reed Smith LLP, practicing in that firm's office located at 10 S. Wacker Drive, 40th Floor, Chicago, Illinois. Attorney Pietrkowski is thoroughly knowledgeable as to the facts and claims of this lawsuit and has extensive experience in defending class actions alleging violations of the federal Telephone Consumer Protection Act.

2. In accordance with Local Rule 83.1(d)(1), an affidavit duly executed by Attorney Pietrkowski is attached hereto and made a part hereof as Exhibit "A".

3. Good cause exists for the granting of this application because Attorney Pietrkowski has considerable skill and expertise in the specialized field of law involved in this

action and has an existing attorney/client relationship with Defendant for an extended period of time both predating and including this cause of action.

    4.    Defendant represents that, should this Court grant its application, a member of the bar of this District will be present at all proceedings, unless excused in accordance with Local Rule 83.1(d)(2), and will sign all pleadings, briefs and other papers, and will assume responsibility for the conduct of the cause and the conduct of Attorney Pietrkowski.

**WHEREFORE**, Defendant Synchrony Bank, formerly known as GE Capital Retail Bank, respectfully submits that its interests would be best served by Attorney Henry Pietrkowskif, and requests that this Court permit him to appear and represent it in every aspect of this action *pro hac vice*.

Dated:  August 5, 2014                    Respectfully submitted,

                                                Synchrony Bank f/k/a GE Capital Retail Bank

                                                By:   */s/ Laura J. Babcock*
                                                Laura J. Babcock (ct27344)
                                                ZEICHNER ELLMAN & KRAUSE LLP
                                                35 Mason Street
                                                Greenwich, Connecticut 06830
                                                Tel:  (203) 622-0900
                                                Fax:  (203) 862-9889
                                                E-mail:  lbabcock@zeklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2014, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
*Attorneys for Plaintiff*

                                      /s/ Laura J. Babcock
                                        Laura J. Babcock